FILED
United States Court of Appeals
Tenth Circuit

October 14, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

TENHT CIRCUIT

---

ERIK PADILLA,

    Plaintiff - Appellant,

v.

DEE NAZI; REAGAN ESPINOZA;
AMENS NAZIS; PATRICK
PADILLA; ST. MATTHEWS
BLONDE WOMAN; SHAWN
LAMBERT,

    Defendants - Appellees.

No. 15-2137
(D.C. No. 1:15-CV-00515-RB-KBM)
(D.N.M.)

---

**ORDER AND JUDGMENT**[*]

---

Before **GORSUCH**, **O'BRIEN**, and **BACHARACH**, Circuit Judges.

Erik Padilla appeals the district court's dismissal of his complaint and asks

this court to remand the case to a different judge and allow him to amend. We do

not see how we can. As the district court thoughtfully explained in a series of

orders, Mr. Padilla has put forth only conclusory allegations and fails to allege

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination
of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument. This order is not binding
precedent except under the doctrines of law of the case, res judicata and collateral
estoppel. It may be cited, however, for its persuasive value consistent with Fed.
R. App. P. 32.1 and 10th Cir. R. 32.1.

any legal error in the dismissal of his complaint. We reach the same conclusion after reviewing his appeal. The district court's order is affirmed, the remainder of the appeal is dismissed, and Mr. Padilla's *in forma pauperis* motion is denied. He is reminded that he is obliged to pay the filing fee in full.

ENTERED FOR THE COURT

PER CURIAM